UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JANET DUCOTE CLARK                    CIVIL ACTION NO. 16-1657

VERSUS                                JUDGE ROBERT G. JAMES

BMW OF NORTH AMERICA LLC,             MAGISTRATE JUDGE PEREZ-MONTES
ET AL.

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 21] having been

considered, no objections thereto having been filed, and finding that same is supported by the law

and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendant's Motion to Dismiss

[Doc. No. 7] is **DENIED AS MOOT.**

MONROE, LOUISIANA, this 17th day of July, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE